# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE | : CIVIL ACTION |
| vs. | : NO. 10-CV-2680 |
| SARAH VON MULLER, M.D. | : |
| vs. | : |
| AMERICAN BOARD OF INTERNAL MEDICINE, CHRISTINE K. CASSEL, M.D., LYNN O. LANGDON, M.S., and ERIC S. HOLMBOE, M.D. | : |

## ORDER

AND NOW, this 10th day of March, 2011, upon consideration of the Partial Motion to Dismiss Counterclaims IV-XI of American Board of Internal Medicine, Christine K. Cassel, M.D., Lynn O. Langdon, M.S. and Eric S. Holmboe, M.D. (Doc. No. 23) and Defendant, Sarah Von Muller, M.D.'s Reply thereto, it is hereby ORDERED that the Partial Motion is GRANTED IN PART and DENIED IN PART and Counts IV, IX and X of Defendant's Counterclaim are DISMISSED with prejudice.

IT IS FURTHER ORDERED that Count XI of Defendant's Counterclaim is DISMISSED without prejudice and with leave to re-plead, if appropriate.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.