IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, <br><br> Plaintiff, <br><br> v. <br><br> SARAH VON MULLER, M.D., <br><br> Defendant/Counterclaimant, <br><br> v. <br><br> AMERICAN BOARD OF INTERNAL MEDICINE, CHRISTINE K. CASSEL, M.D., LYNN O. LANGDON, M.S., and ERIC S. HOLMBOE, M.D., <br><br> Counterclaim Defendants. | Civil Action No. 2:10-cv-02680-JCJ <br><br> FILED <br> MAR - 8 2012 <br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Clerk |

## ORDER

AND NOW this 2nd day of March, 2012, upon consideration of the Motion Of American Board Of Internal Medicine And The Individual Counterclaim Defendants For Judgment As A Matter Of Law Pursuant To Federal Rule Of Civil Procedure 50 and any response in opposition thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

**JUDGMENT** is hereby entered in favor of Plaintiff/Counterclaim Defendant, American Board of Internal Medicine, and Counterclaim Defendants, Christine K. Cassel, M.D., Lynn O. Langdon, M.S., and Eric S. Holmboe, M.D., and against Defendant/Counterclaim Plaintiff Sarah Von Muller, M.D., on Dr. Von Muller's claim for tortious interference with actual

DMEAST #14646879 v2

DMEAST #14646879 v2

and prospective business relationships, and such claim is **DISMISSED WITH PREJUDICE.**

Date: March 2, 2012

BY THE COURT:

_____
Joyner, C. J.