IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, PLAINTIFF | : | CIVIL ACTION |
| v. | : | |
| SARAH VON MULLER, M.D., DEFENDANT | : | NO. 10-2680 |

## CIVIL JUDGMENT

Before the Honorable J. Curtis Joyner

AND NOW, this 7TH day of MARCH, 2012, in accordance with the verdict rendered,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Plaintiff and against Defendant in the amount of $91,114.00.

BY THE COURT

ATTEST: S/SHARON CARTER
Sharon Carter
Deputy Clerk

Civ 1 (8/80)