# TRIAL EXHIBIT P-19

| | |
|---|---|
| DOCID | = 10017969 |
| PARENT_DOCID | = 10017969 |
| SOURCE | = Dr Arora - Outlk Exprs E-mls - Sent PST |
| ATTACHMENT | : ✉ **Re: GI Boards** |
| FROM | : Rajender K Arora, MD <boardreview@comcast.net> |
| TO | : vonsa@cox.net |
| SUBJECT | : Re: GI Boards |
| FOLDER | : \Sent MSGs\Imported Mail\Sent Items |
| DATE | = 10/22/2008 |
| TIME | : 18:39:14 -0400 |
| GMT_DATE | = 10/22/2008 |
| GMT_TIME | : 22:39:16 GMT |
| TEXT01 | : It was nice talking with you.<br>My collection from previous GI exams includes 41 pages of material containing over 150 actual questions and my answers with some references. The total cost is $480 + your promise to send some questions soon after the exam.<br>If you wish, you can join forces with me to give GI conference on the same next year.<br><br>Dr. Arora<br><br><br>----- Original Message -----<br>From: <vonsa@cox.net><br>To: <boardreview@comcast.net><br>Cc: <vonsa@cox.net><br>Sent: Wednesday, October 22, 2008 4:10 PM<br>Subject: GI Boards<br><br><br>> Dr. Arora:<br>> I spoke with you today about GI Boards. Please, if if have any material<br>> that might help me study for this exam, i would appreciate it.My email<br>> address is vonsa@cox.net. My cell phone is (918) 231-4315.  I live in<br>> Tulsa Oklahoma, I am scheduled  to take the exam in November 2008.<br>> Thank you,<br>> sarah Von muller MD<br>> |
| HEADER | : From: "Rajender K Arora, MD" <boardreview@comcast.net><br>To: <vonsa@cox.net><br>References: <20081022161021.ZCYSV.81974.imail@eastrmwml42><br>Subject: Re: GI Boards<br>Date: Wed, 22 Oct 2008 18:39:14 -0400<br>MIME-Version: 1.0<br>Content-Type: text/plain;<br>    format=flowed;<br>    charset="utf-8";<br>    reply-type=original<br>Content-Transfer-Encoding: 7bit<br>X-Priority: 3<br>X-MSMail-Priority: Normal<br>X-Mailer: Microsoft Outlook Express 6.00.2900.3138<br>X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3350 |
| MESSAGEID | : 00000000EDFE5F5C4A85124F8457A4CB656D152C84522100 |
| MESSAGEINDEX | = 0000002655 |
| ENTRYID | : 00000000EDFE5F5C4A85124F8457A4CB656D152C84522100 |



EXHIBIT P-19