```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AMERICAN BOARD OF INTERNAL       : CIVIL ACTION
MEDICINE                         :
                                 :
      vs.                        : NO. 10-CV-2680
                                 :
SARAH VON MULLER, M.D.           :
                                 :
      vs.                        :
                                 :
AMERICAN BOARD OF INTERNAL       :
MEDICINE, CHRISTINE K. CASSEL,   :
M.D., LYNN O. LANGDON, M.S.,     :
and ERIC S. HOLMBOE, M.D.        :
```

**ORDER**

AND NOW, this  26th  day of February, 2014, upon remand and as directed by the Opinion of the Third Circuit Court of Appeals in this matter on October 4, 2013 and upon further consideration of Plaintiff's Motion for Attorneys' Fees Pursuant to Section 505 of the Copyright Act and for the reasons articulated above, it is hereby again ORDERED that the Plaintiff's Motion is GRANTED and Defendant Sarah Von Muller is again DIRECTED to pay Plaintiff attorneys' fees in the amount of $41,223 within forty-five (45) days of the entry date of this Order.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,        J.